FRED BAUER, Respondent, v. INTER-OCEAN TELEPHONE AND TELEGRAPH COMPANY, Appellant.

*Bauer* v. *Inter-Ocean Tel. & Tel. Co.*, 139 App. Div. 927, affirmed.
(Argued November 24, 1911; decided December 12, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 3, 1910, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover

for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer.

*Theodore H. Lord* and *Harold S. Rankine* for appellant.

*Hamilton Ward* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.